# LAWRENCE N. LAVIGNE, ESQ., L.L.C.

2444 Morris Avenue, Suite 206
Union, New Jersey 07083
Telephone (908) 687-7750
Telefax (908) 687-7752
E-Mail: Larry@LNLavigneLaw.com
Website: LNLavigneLaw.com

Lawrence N. Lavigne*
Admitted in N.J. & N.Y.

Jignesh J. Shah
Of Counsel

*Certified by the New Jersey
Supreme Court as a
Civil Trial Attorney

January 15, 2020

*Via ECF*
The Hon. Leda Dunn Wettre, USMJ
United States District Court for the District of New Jersey
MLK Jr. Fed Bldg & Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re: Henderson v NY Jets
> Civ Action No. 2:17-10110(SDW)(LDW)

Dear Magistrate, Wettre:

The undersigned represents Plaintiff in the above-referenced matter. We write this letter with our adversaries' consent to request that the current deadline of January 31, 2020 to complete expert witness depositions be extended to March 4, 2020.

The depositions of Plaintiff's expert witnesses are scheduled for today and January 24, 2020. We had originally scheduled Plaintiff's expert witness Michael Lombardi' deposition for January 17, 2020 however, his wife has a medical procedure scheduled for that day. We have rescheduled the deposition for January 24, 2020.

We had scheduled Defendant's expert witness expert witness [1] for January 22, 2020. However, upon rescheduling Mr. Lombardi's deposition, Mr. Saravay requested and I agreed that Defendant's expert, Mr. Curran, should be rescheduled for some time after Lombardi. Mr. Curran is next available on March 4, 2020. Therefore, we ask that the deadline be extended to that date.

We plan to proceed with the settlement conference before Your Honor on February 6, 2020 in any event.

---

[1] We are only taking the deposition of one of the two experts.

## LAWRENCE N. LAVIGNE, ESQ., L.L.C.

As Mr. Saravay is in my office for the Dr. Abram's deposition, I have asked him to counter-sign this letter.

Your Honor's consideration is greatly appreciated.

Respectfully,

*Lawrence N. Lavigne*

I have read and concur with this letter:

Signed *Adam Saravay*

CC: Adam Saravay, Esq. (by ECF)

**So Ordered**
this 16th day of Jan. 2020

*Leda D. Wettre*
Leda D. Wettre, USMJ